THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LYNN K. LOVELL,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION, LLC; AND NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER,<br><br>        Defendants. | CASE NO. C21-0089-JCC<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    This matter comes before the Court on Defendant Equifax Information Services LLC's unopposed motion for an extension of time to respond to Plaintiff's complaint (Dkt. No. 10.) Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that Defendant Equifax Information Services LLC's deadline to answer or otherwise respond to the complaint is extended until March 29, 2021.

//

//

//

MINUTE ORDER
C21-0089-JCC
PAGE - 1

DATED this 24th day of February 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk