THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LYNN K. LOVELL, | CASE NO. C21-0089-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper and Plaintiff Lynn K. Lovell's stipulation and order extending the deadline for Nationstar to respond to the complaint (Dkt. No. 18). Having thoroughly considered the stipulation and relevant record, and finding good, the Court ORDERS that Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper's deadline to answer or otherwise respond to the complaint is extended until March 5, 2021.

//

//

DATED this 3rd day of March 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
