THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN K. LOVELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER,<br><br>　　　　　Defendants. | CASE NO. C21-0089-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Lynn K. Lovell's stipulation for an extension of time for Experian to respond to the complaint (Dkt. No. 17). Having thoroughly considered the stipulation and relevant record, and finding good cause, the Court ORDERS that Experian's deadline to answer or otherwise respond to the complaint is extended until March 29, 2021.

//

//

//

MINUTE ORDER
C21-0089-JCC
PAGE - 1

DATED this 8th day of March 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk