THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LYNN K. LOVELL,

                    Plaintiff,

          v.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES,
LLC; TRANS UNION, LLC; and
NATIONSTAR MORTGAGE, LLC d/b/a MR.
COOPER,

                    Defendants.

CASE NO. C21-0089-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C.

Coughenour, United States District Judge:

This matter comes before the Court on Defendant Experian Information Solutions, Inc.

("Experian") and Plaintiff Lynn K. Lovell's second stipulation for an extension of time for

Experian to respond to the complaint (Dkt. No. 26). Having thoroughly considered the

stipulation and relevant record, and finding good cause, the Court ORDERS that Experian shall

have up to and including April 13, 2021 to answer or otherwise respond to Plaintiff's complaint.

//

//

//

MINUTE ORDER
C21-0089-JCC
PAGE - 1

1    DATED this 30th day of March 2021.

2                                            William M. McCool
                                             Clerk of Court
3

4                                            s/Paula McNabb
                                             Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26