THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN K. LOVELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER,<br><br>　　　　　　Defendants. | CASE NO. C21-0089-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulated motion to dismiss Defendant Experian Information Solutions, Inc. ("Experian") (Dkt. No. 45). Pursuant to the parties' stipulation, the motion is GRANTED. All claims against Experian are hereby DISMISSED with prejudice. This order does not affect Plaintiff's claims against other Defendants.

//

//

//

MINUTE ORDER
C21-0089-JCC
PAGE - 1

DATED this 22nd day of February 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk
