THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN K. LOVELL, | CASE NO. C21-0089-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss Defendant Trans Union, LLC (Dkt. No. 47). Pursuant to the parties' stipulation, the motion is GRANTED. All claims against Trans Union LLC are hereby DISMISSED with prejudice. This order does not affect Plaintiff's claims against other Defendants.

//
//
//
//
//

MINUTE ORDER
C21-0089-JCC
PAGE - 1

DATED this 21st day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk