THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN K. LOVELL, | CASE NO. C21-0089-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION, LLC; AND NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of certain scheduling deadlines (Dkt. No. 49.) Having thoroughly reviewed the motion and relevant record, and finding good cause, the Court GRANTS the motion and ORDERS the following:

1. The discovery deadline is extended to October 4, 2022;
2. The dispositive motions deadline is extended to December 9, 2022;
3. The pretrial order deadline is extended to January 23, 2023;
4. Proposed voir dire instructions are due January 30, 2023;
5. Trial brief submissions are due January 30, 2023; and

MINUTE ORDER
C21-0089-JCC
PAGE - 1

     6.   The trial date is reset for February 6, 2023.

DATED this 13th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-0089-JCC
PAGE - 2