THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN K. LOVELL, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, <br><br> Defendants. | CASE NO. C21-0089-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss Defendant Equifax Information Services, LLC ("Equifax") (Dkt. No. 51). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation is self-executing. All claims against Equifax are hereby DISMISSED with prejudice and without costs to either party. This order does not affect Plaintiffs' claims against other Defendants.

DATED this 22nd day of August 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk